**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-50877
Summary Calendar

SANDRA COTTON,

Plaintiff-Appellant,

VERSUS

DOTTIE RIEMER; VIRGINIA HAAS; NANCY DUNCAN, Officially and
Individually; AISD BOARD OF TRUSTEES, PAM HALL, In her official
and individual capacity; AUSTIN INDEPENDENT SCHOOL DISTRICT,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas
A-99-CV-669-SS

March 16, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for

the reasons assigned in its order of August 8, 2000.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.